**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23468-CIV-WILLIAMS**

SHARP SHIRTER INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation ("***Report***") (DE 41) on the *Ex Parte* Motion for Entry of a Temporary Restraining Order ("***Motion***") filed by Plaintiff (DE 7). No objections were filed to the Report, which recommends the Court grant Plaintiff's Motion. (DE 41 at 2.) Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 41) is **AFFIRMED AND ADOPTED**. Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order (DE 7) is **GRANTED**, a preliminary injunction is entered in accordance with the terms of the Report, and Plaintiff is required to comply with all recommendations set forth in the Report;

2. The preliminary injunction shall remain in effect during the pendency of this matter, or until such further dates as set by the Court or stipulated to by the Parties.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>5th</u> day of January, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE