**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-23468-CV-WILLIAMS**

SHARP SHIRTER INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 69) ("***Report***") on Plaintiff's Motion for Entry of Final Judgment by Default (DE 64) ("***Motion***") as to Certain Defendants.[1] In the Report, Magistrate Judge Reid recommends that Plaintiff's Motion be granted. (DE 69 at 2.) Defendants filed no response to the Motion. Additionally, the Parties did not file any objections to Judge Reid's Report, and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** that the Report (DE 69) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion (DE 64) is **GRANTED**. The Court will separately enter an order of final default judgment.

---

[1] The Defendants are the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A," excluding the following Defendants who were dismissed from this matter: JuBC Store (No. 75 on Schedule "A"), liweiwei6463 (No. 249 on Schedule "A"), tongshengjidian168 (No. 111 on Schedule "A"), EVERUI (No. 44 on Schedule "A"), Besaomeom (No. 63 on Schedule "A"), sgfjd (No. 49 on Schedule "A"), mingxing shops (No. 54 on Schedule "A"), mugmart (No. 95 on Schedule "A"), Slenyu (No. 81 on Schedule "A"), FangKui668 (No. 51 on Schedule "A"), and yangyongfengdexiaodian (No. 87 on Schedule "A"). (*See* DE 61; DE 66; DE 70.)

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE